AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION | ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>13-~5480 | DATE FILED<br>9/19/2013 | USDC<br>601 Market Street<br>Philadelphia, PA 19106 |
| PLAINTIFF<br>Malibu Media, LLC<br>409 W. Olympic Blvd.<br>Suite 501<br>Los Angeles, CA 90015 | | DEFENDANT<br>John Doe<br>SUBSCRIBER ASSIGNED IP ADDRESS 72.92.88.250 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | "SEE ATTACHMENT" | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# File Hashes for IP Address 72.92.88.250

**ISP:** Verizon FiOS
**Physical Location:** Downingtown, PA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/21/2013 21:34:50 | C5F860E7B526F51F33A9B790FE83F0A04570ED6C | Malibu Moments Part #2 |
| 08/13/2013 19:25:25 | 7E528C991F0F02C2204C179548A9603A5DEFC4C8 | New Romance |
| 07/31/2013 20:51:50 | AD3FD17352C81E9935A9D26910DC3C29CF44324F | Made for Each Other |
| 07/25/2013 21:40:04 | 10BAAC6A2F0F495E471B730E529EC520D7AD78A2 | Apartment Number Four |
| 07/24/2013 22:03:48 | B36E4BD876689786B127DB76E7D817C03F61078C | Want You |
| 07/19/2013 11:42:59 | DB40B8E392A7B326D9E8D4009DBFC7958ABF2B98 | Featherlight |
| 07/19/2013 11:42:57 | EB0DADDC7A5B28D90F2B5CC707489A907C607465 | Without Words |
| 07/18/2013 22:36:17 | E948E0B3EF99AF7816465405FDD3F5313242AA68 | Wonder Waltz |
| 07/18/2013 21:11:28 | 747A0606B564AF7D936D6AC681F83A37BA08F3EE | Circles of Bliss |
| 07/17/2013 21:54:04 | 92B6B3BD2AE338E97AE68B8A0DD05BF92C381D52 | Old Enough to Know Better |
| 07/15/2013 22:58:25 | 3D937C124236B90908D5EFC26E0B1E8CE70C74C3 | Pool Party For Three |
| 07/03/2013 21:13:33 | 3F19E564201C645879519396F5EB6232B8B6B021 | Through the Looking Glass |
| 06/24/2013 21:47:41 | C3918F1CC20B2176B91662C6D3D10CEF28135EAD | Model Couple |
| 06/19/2013 21:29:28 | F7216FAA46E9916337B9CFB1F10E7FBB72801536 | Ready or Not |
| 06/17/2013 22:01:14 | 127A3189FFBBF5041B740CB0B019465F08F3A598 | Romantic Memories |
| 05/23/2013 23:19:50 | 6ABCE02AAC8214CFE0511C92323FC075BA35771E | Green Eyes |
| 05/23/2013 23:11:36 | 068A5AF4BA8F4206CC4480030A3E69DC1038F6EA | The Young and the Restless |
| 03/11/2013 22:01:08 | 91AF7A51D429BF0E21F54434ED94EEAB5826238A | Spilled Milk |

**Total Statutory Claims Against Defendant: 18**

EXHIBIT A

EPA193

## Copyrights-In-Suit for IP Address 72.92.88.250

**ISP:** Verizon FiOS
**Location:** Downingtown, PA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Apartment Number Four | PA0001835954 | 04/07/2013 | 04/29/2013 | 07/25/2013 |
| Circles of Bliss | PA0001833297 | 03/20/2013 | 04/01/2013 | 07/18/2013 |
| Featherlight | PA0001834618 | 04/02/2013 | 04/12/2013 | 07/19/2013 |
| Green Eyes | PA0001843090 | 04/30/2013 | 05/14/2013 | 05/23/2013 |
| Made for Each Other | PENDING | 07/31/2013 | 08/29/2013 | 07/31/2013 |
| Malibu Moments Part #2 | PENDING | 08/15/2013 | 09/02/2013 | 08/21/2013 |
| Model Couple | PA0001852677 | 06/22/2013 | 06/27/2013 | 06/24/2013 |
| New Romance | PENDING | 08/05/2013 | 09/03/2013 | 08/13/2013 |
| Old Enough to Know Better | PA0001838597 | 04/15/2013 | 04/28/2013 | 07/17/2013 |
| Pool Party For Three | PENDING | 07/13/2013 | 08/01/2013 | 07/15/2013 |
| Ready or Not | PA0001852675 | 06/18/2013 | 06/27/2013 | 06/19/2013 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 06/17/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/11/2013 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 05/23/2013 |
| Through the Looking Glass | PA0001851980 | 06/30/2013 | 07/05/2013 | 07/03/2013 |
| Want You | PA0001822650 | 01/15/2013 | 01/27/2013 | 07/24/2013 |
| Without Words | PENDING | 07/17/2013 | 08/01/2013 | 07/19/2013 |
| Wonder Waltz | PENDING | 07/15/2013 | 08/02/2013 | 07/18/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 18**

EXHIBIT B

EPA193